UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMOND D. HALL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DR. KIM, M.D.,<br><br>　　Defendant. | 1:02-CV-05972-OWW-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #69) |

　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 28, 2005, plaintiff filed a motion to extend time to file objections to the Magistrate Judge's findings and recommendations.. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:　October 28, 2005**　　　　　　/s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE