1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   WAYMOND D. HALL,                    1:02-cv-05972-OWW-SMS-P

12            Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATIONS** (Doc. 68)
13   vs.
                                **ORDER GRANTING DEFENDANT'S**
14   DR. KIM, M.D.,             **MOTION FOR SUMMARY JUDGMENT**
                                (Doc. 54)
15            Defendant.
     _____/
16

17
         Plaintiff Waymond D. Hall ("plaintiff") is a state prisoner
18
     proceeding pro se and in forma pauperis in this civil rights
19
     action pursuant to 42 U.S.C. § 1983.  The matter was referred to
20
     a United States Magistrate Judge pursuant to 28 U.S.C. §
21
     636(b)(1)(B) and Local Rule 72-302.
22
         On August 22, 2005, the Magistrate Judge filed a Findings
23
     and Recommendations herein which was served on the parties and
24
     which contained notice to the parties that any objections to the
25
     Findings and Recommendations were to be filed within thirty (30)
26
     days.  Plaintiff filed objections to the Magistrate Judge's
27
     Findings and Recommendations on October 28, 2005.  Defendant did
28

                                    1

1  not file a response.

2

3      In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the Court finds the Findings and Recommendations to

7  be supported by the record and by proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1.   The Findings and Recommendations, filed August 22,

10  2005, is ADOPTED IN FULL;

11      2.   Defendant's motion for summary judgment, filed March

12  25, 2005, is GRANTED, thus concluding this action in its

13  entirety; and,

14      3.   The Clerk of the Court is directed to enter judgment

15  for defendant and against plaintiff.

16

17  IT IS SO ORDERED.

18  **Dated:    December 19, 2005**          **/s/ Oliver W. Wanger**
    emm0d6                       UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28